[No. 19920-0-I. Division One. December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN NELSON BIGGS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04247-1, Richard M. Ishikawa, J., entered February 4, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Webster and Pekelis, JJ.

[No. 21418-7-I. Division One. December 27, 1988.]

MAX L. BALBERDE, *Appellant,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-05934-1, Carmen Otero, J., entered October 9, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Carroll, J. Pro Tem.

[No. 21771-2-I. Division One. December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-1-00502-2, Byron L. Swedberg, J., entered February 23, 1988. *Dismissed* by unpublished per curiam opinion.